AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTINEZ, JOSE | DISTRICT COURT- S DIST OF FL | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

400 N. MIAMI AVENUE
ROOM 10-2
MIAMI, FL 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN ELECTRIC POWER CO (COMMON STOCK HELD BY SPOUSE) | A | Dividend | J | T | | | | | |
| 2. DOMINION DIRECT (COMMON STOCK HELD BY SPOUSE) | C | Dividend | M | T | | | | | |
| 3. SOUTHERN COMPANY (COMMON STOCK HELD BY SPOUSE) | B | Dividend | K | T | | | | | |
| 4. WESTAR ENERGY INC (COMMON STOCK HELD BY SPOUSE) | A | Dividend | J | T | | | | | |
| 5. MCDONALDS CORPORATION (COMMON STOCK HELD BY SPOUSE) | A | Dividend | J | T | | | | | |
| 6. CAPITAL ONE | B | Interest | M | T | | | | | |
| 7. USAA SHORT TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 8. USAA EMERGING MARKET FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 9. USAA GROWTH FUND (OWNED BY SPOUSE) | A | Dividend | K | T | | | | | |
| 10. USAA HIGH INCOME FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 11. USAA INCOME FUND (OWNED BY SPOUSE) | A | Dividend | L | T | | | | | |
| 12. USAA INCOME STOCK FUND (OWNED BY SPOUSE) | A | Dividend | K | T | | | | | |
| 13. USAA INTERMEDIATE TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | K | T | | | | | |
| 14. USAA INTERNATIONAL FUND (OWNED BY SPOUSE) | A | Dividend | K | T | | | | | |
| 15. USAA MANAGED ALLOCATION FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 16. USAA SMALL CAP STOCK FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 17. USAA MONEY MARKET | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. USAA SMALL CAP STOCK FUND | A | Dividend | | | Sold (part) | 02/13/17 | J | A | |
| 19. IRA ACCOUNT- USAA EMERGING MARKETS FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 20. IRA ACCOUNT- USAA GROWTH FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 21. IRA ACCOUNT- USAA INCOME STOCK FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 22. IRA ACCOUNT- USAA INTERNATIONAL FUND (OWNED BY SPOUSE) | A | Dividend | K | T | | | | | |
| 23. IRA ACCOUNT- USAA MANAGED ALLOCATION FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 24. IRA ACCOUNT- USAA SMALL CAP STOCK FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 25. IRA ACCOUNT- USAA HIGH INCOME FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 26. IRA ACCOUNT- USAA INCOME FUND (OWNED BY SPOUSE) | A | Dividend | K | T | | | | | |
| 27. IRA ACCT-USAA INTERMEDIATE TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | K | T | | | | | |
| 28. IRA ACCOUNT- USAA SHORT TERM BOND FUND (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |
| 29. IRA ACCOUNT- USAA MONEY MARKET (OWNED BY SPOUSE) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| MARTINEZ, JOSE | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOSE MARTINEZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544